# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

BRUCE D. BULLOCK,

                Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

2:18-cv-01679-JAD-VCF

**REPORT AND RECOMMENDATION FOR DISMISSAL WITH PREJUDICE**

On September 11, 2018, the Court granted Plaintiff Bruce Bullock's application to proceed *in forma pauperis*. (ECF No. 3). On October 15, 2018, the Court dismissed Plaintiff's amended complaint without prejudice. (ECF No. 5). The Court found that the complaint failed to include necessary information regarding the Social Security decision Plaintiff is appealing. (*Id.* at 1-2). The Court gave Plaintiff until November 16, 2018 to file a second amended complaint and warned that "[f]ailure to timely file a second amended complaint that addresses the deficiencies noted in this Order may result in a recommendation for dismissal with prejudice." (*Id.* at 2).

Plaintiff has not filed a second amended complaint or an objection to the Court's Order. For the reasons discussed in the Court's October 15, 2018 Order (ECF No. 5), Plaintiff's amended complaint should be dismissed with prejudice.

Accordingly, and for good cause shown,

IT IS RECOMMENDED that this action be DISMISSED WITH PREJUDICE and Judgment entered, accordingly.

1

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  (*See Thomas v. Arn*, 474 U.S. 140, 142 (1985)).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  (*See Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)).

Pursuant to LSR 2-2, the Plaintiff must immediately file written notification with the court of any change of address.  The notification must include proof of service upon each opposing party or the party's attorney.  **Failure to comply with this Rule may result in dismissal of the action.**  (*See* LSR 2-2).

IT IS SO RECOMMENDED.

DATED this 27th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2