**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Bruce D. Bullock,

    Plaintiff

v.

Nancy A. Berryhill, Acting Commissioner of Social Security,

    Defendant

Case No.: 2:18-cv-01679-JAD-VCF

**Order Adopting Report & Recommendation**

[ECF No. 6 ]

    Bruce D. Bullock brought this action to seek judicial review of a decision by the Commissioner of Social Security. The court dismissed Bullock's amended complaint with leave to amend by November 16, 2018, and warned that "[f]ailure to timely file a second amended complaint" curing the deficiencies in Bullock's pleading "may result in a recommendation for dismissal with prejudice."[1] Bullock did not amend, so Magistrate Judge Ferenbach recommends that I dismiss this action with prejudice.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

    Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety.

    IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

---

[1] ECF No. 5 at 2.

[2] ECF No. 6.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: December 27, 2018

_____
U.S. District Judge Jennifer A. Dorsey